```
 1  TAD A. DEVLIN (SBN 190355)
    GORDON & REES, LLP
 2  275 Battery Street, Suite 2000
    San Francisco CA, 94111
 3  Phone: (415) 986-5900
    Fax: (415) 986-8054
 4  Email: tdevlin@gordonrees.com

 5  Attorneys for Defendant
    AETNA LIFE INSURANCE COMPANY
 6

 7  P. RANDALL NOAH (SBN 136452)
    21 Orinda Way, Suite C, #316
 8  Orinda, CA 94563
    Phone: (925) 253-5540
 9  Fax: (925) 253-5542
    pnoah@ix.netcom.com
10
    Attorneys for Plaintiff
11  TAMMY SMITH
```

**IT IS SO ORDERED**
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TAMMY SMITH,<br><br>                    Plaintiff,<br><br>        v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>                    Defendant. | CASE NO. C11-02559-SI<br><br>**SECOND STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING PURSUANT TO FRCP 6(b)(1) AND CIVIL LOCAL RULE 6-1**<br><br>The Honorable Susan Illston |
|---|---|

**STIPULATION**

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil Local Rule 6-1, Defendant Aetna Life Insurance Company ("Aetna") and Plaintiff Tammy Smith ("Smith") hereby stipulate to extend the time for Defendant to respond to Plaintiff's Complaint to July 29, 2011, without waiving any defenses available by statute or court rule.

On May 26, 2011, Plaintiff filed a Complaint against Aetna in this court. Aetna was purportedly served with the Summons and Complaint on June 2, 2011. Based on the alleged

- 1 -

receipt date, the deadline for responding to the Complaint was June 23, 2011.

On June 22, 2011, counsel for Defendant and Plaintiff agreed to extend the time for filing a responsive pleading to July 8, 2011. On June 23, 2011, the parties filed a Stipulation to Extend Time to File a Responsive Pleading (Dkt. No. 9).

On June 30, 2011, the parties conferred, and Plaintiff agreed to further extend the time for Defendant to file a responsive pleading to July 29, 2011, so Defendant can properly investigate the claims. Accordingly, Defendant has good cause to seek an extension to file its responsive pleading, and the parties stipulate that the time for Defendant to file a responsive pleading is extended to July 29, 2011.

**IT IS SO STIPULATED**

Dated: July 6, 2011　　　　　　　　　　GORDON & REES LLP

By: */s/ Tad A. Devlin*
Tad Devlin, SBN 190355
Attorneys For Defendant
275 Battery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 986-5900
Fax: (415) 986-8054
tdevlin@gordonrees.com

Dated: July 6, 2011　　　　　　　　　　LAW OFFICES OF P. RANDALL NOAH

By: */s/ P. Randall Noah*
P. Randall Noah, SBN 136452
Attorneys For Plaintiff
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Phone: (925) 253-5540
Fax: (925) 253-5542
pnoah@ix.netcom.com