TAD A. DEVLIN (SBN: 190355)
CATHERINE GREGORY (SBN: 242006)
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco CA, 94111
Phone: (415) 986-5900
Fax: (415) 986-8054
Email: tdevlin@gordonrees.com

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY


P. RANDALL NOAH (SBN 136452)
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Phone: (925) 253-5540
Fax: (925) 253-5542
pnoah@ix.netcom.com

Attorneys for Plaintiff
TAMMY SMITH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SMITH, | CASE NO. C11-02559-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES PURSUANT TO FRCP 6(b)(1) AND CIVIL LOCAL RULE 6-2** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| | The Honorable Susan Illston |

## STIPULATION

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil Local Rule 6-2, Defendant Aetna Life Insurance Company ("Aetna") and Plaintiff Tammy Smith ("Smith") hereby stipulate to and respectfully request the Court continue the currently scheduled Case Management Conference and related dates by thirty (30) days. The parties stipulate that the Case Management

- 1 -

Conference should be continued to October 3, 2011, and the related dates adjusted accordingly.  There is good cause for the stipulation and requested continuance because Aetna filed a motion to dismiss for improper venue/motion to transfer that should be decided before the parties and this Court engage in case management and case setting before this Court. There is the possibility that the Case Management Conference will not be needed before this Court if Aetna's motion to dismiss for improper venue/motion to transfer is granted.

This stipulation is supported by the Declaration of Tad Devlin, and all documents on file with the Court in this matter.

The deadline for the parties to file a Joint Case Management Statement is August 26, 2011, and the Initial Case Management Conference is currently scheduled for September 2, 2011.  *See* Declaration of Tad Devlin ("Devlin Decl.").  The parties request the continuance due to Aetna's pending Motion To Dismiss or Transfer the Action, Pursuant to 28 U.S.C. § 1406(A), or Transfer for Convenience, Pursuant to 28 U.S.C. § 1404(A), which is set for hearing on September 9, 2011.  *See id.*, at ¶ 3.

These currently set case dates and deadlines in this Court will be moot if Aetna prevails on its motion to dismiss/transfer venue. The parties request the thirty (30) day continuance to afford the Court the opportunity to decide Aetna's motion.  *See id.*, at ¶ 4.  The parties are making this request prior to fourteen days before the scheduled deadlines.  *See* LR 6-1(b).  This extension will not prejudice either party or have an affect on other Court deadlines.  *See id.*, at ¶ 5.  Aetna has received two prior extensions for filing a response to Smith's complaint. *See id.*, at ¶ 6.

There is good cause for the parties' stipulation and request for the Initial Case Management Conference, if needed at all based on Aetna's motion, to be rescheduled to October 3, 2011.

**IT IS SO STIPULATED.**

Dated: August 9, 2011                    GORDON & REES LLP


                                         By: /s/ Tad A. Devlin
                                             Tad Devlin, SBN 190355
                                             Attorneys For Defendant
                                             275 Battery Street, Suite 2000
                                             San Francisco, California 94111
                                             Phone: (415) 986-5900
                                             Fax: (415) 986-8054
                                             tdevlin@gordonrees.com


Dated: August 9, 2011                    LAW OFFICES OF P. RANDALL NOAH


                                         By: /s/ P. Randall Noah
                                             P. Randall Noah, SBN 136452
                                             Attorneys For Plaintiff
                                             21 Orinda Way, Suite C, #316
                                             Orinda, CA 94563
                                             Phone: (925) 253-5540
                                             Fax: (925) 253-5542
                                             pnoah@ix.netcom.com

- 3 -

## <u>ORDER</u>

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Initial Case Management Conference be rescheduled to October 7, 2011, ~~and the related dates will be~~ adjusted accordingly.

Dated this _10th_ day of _____August_____, 2011.

_Susan Illston_

THE HONORABLE SUSAN ILLSTON

- 4 -